IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MYRNA LEE LARSON,

        Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                         Case No. 11-cv-818-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Myrna Lee Larson remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

_____          _7/20/12_____
Peter Oppeneer, Clerk of Court                     Date