IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MYRNA LEE LARSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-818-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Myrna Lee Larson fees and expenses under the Equal Access to Justice Act in the stipulated amount of $5,720.00.

_____     12/21/12
Peter Oppeneer, Clerk of Court           Date